IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LAKISHA MITCHELL, )
)
    Plaintiff, )
)
v. ) CASE NO. CV417-188
)
SAVANNAH AIRPORT COMMISSION )
and JOHN RAUBACK, )
)
    Defendants. )
_____ )

## O R D E R

Before the Court is the parties' Joint Motion to Dismiss John Rauback as Party Defendant. (Doc. 19.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed pursuant to "a stipulation of dismissal signed by all parties who have appeared." Moreover, parties are permitted to dismiss a defendant from an action without dismissing the entire action. Klay v. United Healthgroup, Inc., 376 F.3d 1092, 1106 (11th Cir. 2004). In their motion, the parties have all agreed only to dismiss Defendant John Rauback from this action. Because all parties have agreed, the parties' motion is **GRANTED**. As requested by the parties, Defendant

John Rauback is **DISMISSED WITHOUT PREJUDICE** from this action.

SO ORDERED this 9th day of January 2018.

*[signature]*
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA